BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: TAKATA AIRBAG LITIGATION | MDL Docket No. 2599 |

## NOTICE OF POTENTIAL TAG-ALONG ACTION

Pursuant to Rule 7.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiffs Michael McBride, John Brugaletta, Daniel Dwinnells, and Justin Maestri, hereby notify the Panel of the pendency of four (4) actions in federal district courts that are related to the actions that have been centralized in MDL No. 2599.  These additional actions are identified on the attached schedule, and copies of the complaints and available docket sheets accompany this notice.  These actions share one or more common question(s) of fact with the actions that have been centralized in MDL No. 2599, as they allege that Plaintiffs suffered economic loss due to defective Takata airbags installed in their vehicles.

Plaintiffs respectfully ask the Panel to treat these four (4) new action as a "tag-along" action.

Dated:  March 14, 2018

Respectfully submitted,

*s/ Nimish R. Desai*
Nimish R. Desai
LIEFF CABRASER HEIMANN &
  BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008
*ndesai@lchb.com*

*Counsel for Plaintiffs*