BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: TAKATA AIRBAG LITIGATION | MDL Docket No. 2599 |
|---|---|

### SCHEDULE OF POTENTIAL TAG-ALONG ACTIONS

| Case Caption | Court | Civil Action No. | Judges |
|---|---|---|---|
| **Plaintiff: Michael McBride, et al.**<br><br>**Defendants: Audi of America, LLC; Audi Aktiengesellschaft; Volkswagen Aktiengesellschaft** | E.D. Va. | 1:18-cv-00284 | District Judge Liam O'Grady; Magistrate Judge Michael S. Nachmanoff |
| **Plaintiff: John Brugaletta, et al.**<br><br>**Defendants: General Motors Company, General Motors Holdings, LLC, General Motors LLC** | E.D. Mich. | 2:18-cv-10852 | District Judge Paul D. Borman; Magistrate Judge David R. Grand |
| **Plaintiff: Daniel Dwinnells, et al.**<br><br>**Defendants: FCA US LLC** | E.D. Mich. | 2:18-cv-10848 | District Judge Bernard A. Friedman; Magistrate Judge Anthony P. Patti |
| **Plaintiff: Justin Maestri, et al.**<br><br>**Defendants: Mercedes-Benz, LLC; Daimler AG** | N.D. Ga. | 1:18-cv-1070 | District Judge William S. Duffey |

- 2 -

Dated:  March 14, 2018

Respectfully submitted,

*s/ Nimish R. Desai*
Nimish R. Desai
LIEFF CABRASER HEIMANN &
  BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008
*ndesai@lchb.com*

*Counsel for Plaintiffs*

- 2 -

1505283.1