BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

MDL NO. 2599

IN RE:

**TAKATA AIRBAG PRODUCTS
LIABILITY LITIGATION**

_____/

## NOTICE OF POTENTIAL TAG-ALONG ACTIONS

Pursuant to Rule 7.1(a) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation, Plaintiffs, Nermina Alimanovic and Elvir Islamovic, write to notify the Panel of the potential tag-along action listed on the attached Schedule of Actions.

The docket sheets and federal court complaint for this action is also attached as collective **EXHIBIT A**.

Dated: March 11, 2021                              Respectfully submitted,

                                                   */s/ Andrew Parker Felix, Esq.*
                                                   **ANDREW PARKER FELIX, ESQ.**
                                                   Florida Bar No.: 0685607
                                                   **Morgan & Morgan, P.A.**
                                                   20 North Orange Avenue, Suite 1600
                                                   Orlando, FL 32801
                                                   Telephone: (407) 244-3209
                                                   Email: andrew@forthepeople.com
                                                   Secondary Email: kdimeglio@forthepeople.com
                                                   *Counsel for Plaintiffs*

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

MDL NO. 2599

IN RE:

**TAKATA AIRBAG PRODUCTS
LIABILITY LITIGATION**
_____/

**SCHEDULE OF ACTIONS FOR NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

| | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1 | Nermina Alimanovic; Elvir Islamovic | Mercedes-Benz USA, LLC; Mercedes-Benz Research and Development North America, Inc.; Daimler North America Corporation; Daimler AG | Middle District of Florida – Orlando Division | 6:21-cv-0439-JA-DCI | Antoon II, J. |

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

MDL NO. 2599

IN RE:
**TAKATA AIRBAG PRODUCTS
LIABILITY LITIGATION**
_____/

### PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing *Notice of Potential Tag-Along* were served via email on all counsel of record on the below service list, unless otherwise sent by U.S. Mail as indicated below.

The above-listed notice was served by U.S. Mail on March 11, 2021 on the following:

Garrett Sanderson, III
Squire Patton Boggs (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone: 415-743-2578
Email: garrett.sanderson@squirepb.com

*Counsel for Defendants in Alimanovic/Islamovic Action*

### SERVICE LIST

| Plaintiff's Lead Counsel ||
|---|---|
| **Curtis Bradley Miner**<br>Colson Hicks Eidson, P.A.<br>255 Alhambra Circle, PH<br>Coral Gables, Florida 33134<br>305-476-7400<br>Email: curt@colson.com<br>*Plaintiffs' Personal Injury Track Lead Counsel* | Peter Prieto<br>Matt Weinshall<br>Podhurst Orseck, P.A.<br>SunTrust International Center<br>One S.E. 3rd Avenue, Suite 2300<br>Miami, FL 33131<br>305-358-2800<br>Email: pprieto@podhurst.com<br>Email: mweinshall@podhurst.com<br>*Chair Lead Counsel for Plaintiffs* |

| | |
|---|---|
| **David Boies**<br>Boies, Schiller & Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914- 749-8200<br>Email: dboies@bsfllp.com<br><br>**Stephen N. Zack**<br>**Mark J. Heise**<br>Boies, Schiller & Flexner LLP<br>100 Southeast 2nd Street, Suite 2800<br>Miami, FL 33131<br>305-539-8400<br>Email: szack@bsfllp.com<br>Email: mheise@bsfllp.com<br>*Plaintiffs' Economic Damages Track Co-Lead Counsel* | **Todd Smith**<br>Power, Rogers & Smith P.C.<br>Three First National Plaza<br>70 W. Madison Street, 55th Floor<br>Chicago, Illinois 60602<br>312-236-9381<br>Email: tsmith@prslaw.com<br>*Plaintiffs' Economic Damages Track CoLead Counsel* |
| **Defense Counsel** ||
| **Michael L. Mallow**<br>Sidley Austin, LLP<br>555 West Fifth Street<br>Los Angeles, California 90013<br>213-896-6666<br>Email: mmallow@sidley.com<br><br>**Eric S. Mattson**<br>**Michael C. Andolina**<br>Sidley Austin, LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>312-853-4716<br>Email: emattson@sidley.com<br>Email: mandolina@sidley.com<br>*Lead Counsel for American Honda Co., Inc.* | **Keith A. Teel**<br>Covington & Burling<br>850 Tenth Street NW<br>Washington, D.C. 20001<br>202-662-6000<br>Email: kteel@cov.com<br>*Lead Counsel for Takata Corporation and TK Holdings, Inc.* |
| **Eric Y. Kizirian**<br>Lewis Brisbois Bisgaard and Smith, LLP<br>221 North Figueroa Street, Suite 1200<br>Los Angeles, CA 90012<br>213-250-1800<br>Email: eric.kizirian@lewisbrisbois.com | **Terri Steinhaus Reiskin**<br>Dykema Gossett PLLC<br>1300 I Street NW, Suite 300 West<br>Washington, DC 20005<br>202-906-8600<br>Email: treiskin@dykema.com<br>*Lead Counsel for Toyota Motor Sales, U.S.A., Inc., Toyota Motor Engineering & Manufacturing North America, Inc.* |

| | |
|---|---|
| **Rosemary Joan Bruno**<br>Buchanan Ingersoll & Rooney PC<br>550 Broad Street, Suite 810<br>Newark, New Jersey 07102-4582<br>973-424-5600<br>Email: rosemary.bruno@bipc.com<br>*Lead Counsel BMW of North America, LLC, BMW Manufacturing Co., LLC* | |
| **E. Paul Cauley, Jr.**<br>Drinker Biddle & Reath<br>1717 Main Street, Suite 5400<br>Dallas, Texas 75201-7367<br>(469) 357-2503<br>Email: paul.cauley@dbr.com<br>*Lead Counsel for Nissan North America, Inc.* | **Jeffrey L. Chase**<br>Herzfeld & Rubin, P.C.<br>125 Broad Street<br>New York, NY 10004<br>212-471-8460<br>Email: jchase@herzfeld-rubin.com<br>*Lead Counsel for Subaru of America, Inc.* |
| **Renee D. Smith**<br>**Leonid Feller**<br>Kirkland & Ellis LLP<br>300 North LaSalle, Suite 2400<br>Chicago, IL 60654<br>312-862-2000<br>Email: Renee.smith@kirkland.com<br>Leonid.feller@kirkland.com<br><br>**Laurie M. Riley**<br>Jones Walker LLP<br>201 South Biscayne Blvd. Suite 2600<br>Miami, FL 33131<br>305-679-5700<br>Email: lriley@joneswalker.com<br>*Lead Counsel for General Motors LLC* | **Suhana S. Han**<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, New York 10004<br>212-558-4000<br>Email: hans@sullcrom.com<br>*Lead Counsel for Volkswagen Group of America, Inc.* |
| **Cari K. Dawson**<br>**Scott A. Elder**<br>Alston & Bird<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424<br>404-881-7766<br>Email: cari.dawson@alston.com<br>scott.elder@alston.com<br>*Counsel for Mazda Motor of America* | **Thomas Branigan**<br>Bowman & Brooke LLP<br>41000 Woodward Avenue, Suite 200 East<br>Bloomfield Hills, MI 48304<br>248-205-3316<br>Email: tom.branigan@bowmanandbrooke.com<br>*Lead Counsel for BMW North America* |

| | |
|---|---|
| **Garrett Sanderson, III**<br>Squire Patton Boggs (US) LLP<br>275 Battery Street, Suite 2600<br>San Francisco, California 94111<br>Telephone: 415-743-2578<br>Email: garrett.sanderson@squirepb.com<br>*Counsel for Defendants in*<br>*Alimanovic/Islamovic Action* | |

Dated: March 11, 2021                           Respectfully submitted,


                                                */s/ Andrew Parker Felix, Esq.*
                                                **ANDREW PARKER FELIX, ESQ.**
                                                Florida Bar No.:  0685607
                                                **Morgan & Morgan, P.A.**
                                                20 North Orange Avenue, Suite 1600
                                                Orlando, FL 32801
                                                Telephone: (407) 244-3209
                                                Email:  andrew@forthepeople.com
                                                Secondary Email:  kdimeglio@forthepeople.com
                                                *Counsel for Plaintiffs*