**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

MDL NO. 2599

IN RE:

**TAKATA AIRBAG PRODUCTS
LIABILITY LITIGATION**

_____/

## EXHIBIT

*Alimanovic, et al. v. Mercedes-Benz USA, LLC, et al.* **Docket Sheet**

# U.S. District Court
## Middle District of Florida (Orlando)
### CIVIL DOCKET FOR CASE #: 6:21-cv-00439-JA-DCI

| | |
|---|---|
| Alimanovic et al v. Mercedes-Benz USA, LLC et al | Date Filed: 03/09/2021 |
| Assigned to: Judge John Antoon II | Jury Demand: Both |
| Referred to: Magistrate Judge Daniel C. Irick | Nature of Suit: 365 Personal Inj. Prod. Liability |
| Demand: $75,001,000 | |
| Cause: 28:1332 Diversity-Product Liability | Jurisdiction: Diversity |

**Plaintiff**

**Nermina Alimanovic**      represented by    **Andrew Parker Felix**
Morgan & Morgan, PA
20 N Orange Ave, Suite 1600
Orlando, FL 32801
407-244-3209
Fax: 407-425-8171
Email: afelix@forthepeople.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elvir Islamovic**      represented by    **Andrew Parker Felix**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Mercedes-Benz USA, LLC**

**Defendant**

**Mercedes-Benz Research and Development North America, Inc.**

**Defendant**

**daimler north america corporation**

**Defendant**

**Daimler AG**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/09/2021 | 1 | COMPLAINT against All Defendants with Jury Demand (Filing fee $ 402 receipt number 113A-17975971) filed by All Plaintiffs. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons, # 3 Proposed Summons, # 4 Proposed Summons)(Felix, Andrew) (Entered: 03/09/2021) |
| 03/09/2021 | 2 | NEW CASE ASSIGNED to Judge John Antoon II and Magistrate Judge Daniel C. Irick. New case number: 6:21-cv-0439-JA-DCI. (SJB) (Entered: 03/09/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/09/2021 13:54:04 | | | |
| **PACER Login:** | mc323333:2907326:0 | **Client Code:** | 154 |
| **Description:** | Docket Report | **Search Criteria:** | 6:21-cv-00439-JA-DCI |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |