# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

MDL NO. 2599

IN RE:
**TAKATA AIRBAG PRODUCTS
LIABILITY LITIGATION**
_____/

## NOTICE OF POTENTIAL TAG-ALONG ACTIONS

Pursuant to Rule 7.1(a) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation, Plaintiffs, Nermina Alimanovic and Elvir Islamovic, write to notify the Panel of the potential tag-along action listed on the attached Schedule of Actions.

The docket sheets and federal court complaint for this action is also attached as collective **EXHIBIT A**.

Dated: March 16, 2021                     Respectfully submitted,

                                          */s/ Andrew Parker Felix, Esq.*
                                          **ANDREW PARKER FELIX, ESQ.**
                                          Florida Bar No.: 0685607
                                          **Morgan & Morgan, P.A.**
                                          20 North Orange Avenue, Suite 1600
                                          Orlando, FL 32801
                                          Telephone: (407) 244-3209
                                          Email: andrew@forthepeople.com
                                          *Counsel for Plaintiffs*

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

MDL NO. 2599

IN RE:
**TAKATA AIRBAG PRODUCTS
LIABILITY LITIGATION**
_____/

### SCHEDULE OF ACTIONS FOR NOTICE OF POTENTIAL TAG-ALONG ACTIONS

|   | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1 | Nermina Alimanovic; Elvir Islamovic | Mercedes-Benz USA, LLC; Mercedes-Benz Research and Development North America, Inc.; Daimler North America Corporation; Daimler AG | Middle District of Florida – Tampa Division | 8:21-cv-00581-SDM-TGW | Merryday |

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

MDL NO. 2599

IN RE:
**TAKATA AIRBAG PRODUCTS
LIABILITY LITIGATION**
_____/

## **PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing *Notice of Potential Tag-Along* were served via email on all counsel of record on the below service list, unless otherwise sent by U.S. Mail as indicated below.

The above-listed notice was served by U.S. Mail on March 9, 2021 on the following:

Garrett Sanderson, III
Squire Patton Boggs (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone: 415-743-2578
Email: garrett.sanderson@squirepb.com
*Counsel for Defendants in Alimanovic/Islamovic Action*

Mercedes-Benz USA, LLC
One Mercedes-Benz Drive
Sandy Springs, GA 30328-4312

Mercedes-Benz Research and Development North America, Inc.
309 N Pastoria Ave.
Sunnyvale, CA 94085

Daimler North America Corporation
3953 Research Park Dr.
Ann Arbor, MI 48108

Daimler AG
Mercedesstrasse 137 Stuttgart, 70327 Germany

**SERVICE LIST**

| Plaintiff's Lead Counsel | |
|---|---|
| **Curtis Bradley Miner**<br>Colson Hicks Eidson, P.A.<br>255 Alhambra Circle, PH<br>Coral Gables, Florida 33134<br>305-476-7400<br>Email: curt@colson.com<br>*Plaintiffs' Personal Injury Track Lead Counsel* | Peter Prieto<br>Matt Weinshall<br>Podhurst Orseck, P.A.<br>SunTrust International Center<br>One S.E. 3rd Avenue, Suite 2300<br>Miami, FL 33131<br>305-358-2800<br>Email: pprieto@podhurst.com<br>Email: mweinshall@podhurst.com<br>*Chair Lead Counsel for Plaintiffs* |
| **David Boies**<br>Boies, Schiller & Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914- 749-8200<br>Email: dboies@bsfllp.com<br><br>**Stephen N. Zack**<br>**Mark J. Heise**<br>Boies, Schiller & Flexner LLP<br>100 Southeast 2nd Street, Suite 2800<br>Miami, FL 33131<br>305-539-8400<br>Email: szack@bsfllp.com<br>Email: mheise@bsfllp.com<br>*Plaintiffs' Economic Damages Track Co-Lead Counsel* | **Todd Smith**<br>Power, Rogers & Smith P.C.<br>Three First National Plaza<br>70 W. Madison Street, 55th Floor<br>Chicago, Illinois 60602<br>312-236-9381<br>Email: tsmith@prslaw.com<br>*Plaintiffs' Economic Damages Track CoLead Counsel* |
| Defense Counsel | |
| **Michael L. Mallow**<br>Sidley Austin, LLP<br>555 West Fifth Street<br>Los Angeles, California 90013<br>213-896-6666<br>Email: mmallow@sidley.com<br><br>**Eric S. Mattson**<br>**Michael C. Andolina**<br>Sidley Austin, LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>312-853-4716 | **Keith A. Teel**<br>Covington & Burling<br>850 Tenth Street NW<br>Washington, D.C. 20001<br>202-662-6000<br>Email: kteel@cov.com<br>*Lead Counsel for Takata Corporation and TK Holdings, Inc.* |

| | |
|---|---|
| Email: emattson@sidley.com<br>Email: mandolina@sidley.com<br>*Lead Counsel for American Honda Co., Inc.* | |
| **Eric Y. Kizirian**<br>Lewis Brisbois Bisgaard and Smith, LLP<br>221 North Figueroa Street, Suite 1200<br>Los Angeles, CA 90012<br>213-250-1800<br>Email: eric.kizirian@lewisbrisbois.com<br><br>**Rosemary Joan Bruno**<br>Buchanan Ingersoll & Rooney PC<br>550 Broad Street, Suite 810<br>Newark, New Jersey 07102-4582<br>973-424-5600<br>Email: rosemary.bruno@bipc.com<br>*Lead Counsel BMW of North America, LLC, BMW Manufacturing Co., LLC* | **Terri Steinhaus Reiskin**<br>Dykema Gossett PLLC<br>1300 I Street NW, Suite 300 West<br>Washington, DC 20005<br>202-906-8600<br>Email: treiskin@dykema.com<br>*Lead Counsel for Toyota Motor Sales, U.S.A., Inc., Toyota Motor Engineering & Manufacturing North America, Inc.* |
| **E. Paul Cauley, Jr.**<br>Drinker Biddle & Reath<br>1717 Main Street, Suite 5400<br>Dallas, Texas 75201-7367<br>(469) 357-2503<br>Email: paul.cauley@dbr.com<br>*Lead Counsel for Nissan North America, Inc.* | **Jeffrey L. Chase**<br>Herzfeld & Rubin, P.C.<br>125 Broad Street<br>New York, NY 10004<br>212-471-8460<br>Email: jchase@herzfeld-rubin.com<br>*Lead Counsel for Subaru of America, Inc.* |
| **Renee D. Smith**<br>**Leonid Feller**<br>Kirkland & Ellis LLP<br>300 North LaSalle, Suite 2400<br>Chicago, IL 60654<br>312-862-2000<br>Email: Renee.smith@kirkland.com<br>Leonid.feller@kirkland.com<br><br>**Laurie M. Riley**<br>Jones Walker LLP<br>201 South Biscayne Blvd. Suite 2600<br>Miami, FL 33131<br>305-679-5700<br>Email: lriley@joneswalker.com<br>*Lead Counsel for General Motors LLC* | **Suhana S. Han**<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, New York 10004<br>212-558-4000<br>Email: hans@sullcrom.com<br>*Lead Counsel for Volkswagen Group of America, Inc.* |

| | |
|---|---|
| **Cari K. Dawson** <br> **Scott A. Elder** <br> Alston & Bird <br> One Atlantic Center <br> 1201 West Peachtree Street <br> Atlanta, GA 30309-3424 <br> 404-881-7766 <br> Email: cari.dawson@alston.com <br> scott.elder@alston.com <br> *Counsel for Mazda Motor of America* | **Thomas Branigan** <br> Bowman & Brooke LLP <br> 41000 Woodward Avenue, Suite 200 East <br> Bloomfield Hills, MI 48304 <br> 248-205-3316 <br> Email: tom.branigan@bowmanandbrooke.com <br> *Lead Counsel for BMW North America* |
| **Garrett Sanderson, III** <br> Squire Patton Boggs (US) LLP <br> 275 Battery Street, Suite 2600 <br> San Francisco, California 94111 <br> Telephone: 415-743-2578 <br> Email: garrett.sanderson@squirepb.com <br> *Counsel for Defendants in Alimanovic/Islamovic Action* | |

Dated: March 16, 2021                  Respectfully submitted,


                                       */s/ Andrew Parker Felix, Esq.*
                                       **ANDREW PARKER FELIX, ESQ.**
                                       Florida Bar No.: 0685607
                                       **Morgan & Morgan, P.A.**
                                       20 North Orange Avenue, Suite 1600
                                       Orlando, FL 32801
                                       Telephone: (407) 244-3209
                                       Email: andrew@forthepeople.com
                                       *Counsel for Plaintiffs*