BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

MDL NO. 2599

IN RE:

**TAKATA AIRBAG PRODUCTS
LIABILITY LITIGATION**
_____/

**EXHIBIT**

*Alimanovic, et al. v. Mercedes-Benz USA, LLC, et al.* **Docket Sheet**

# U.S. District Court
# Middle District of Florida (Tampa)
# CIVIL DOCKET FOR CASE #: 8:21-cv-00581-SDM-TGW

Alimanovic et al v. Mercedes-Benz USA, LLC et al
Assigned to: Judge Steven D. Merryday
Referred to: Magistrate Judge Thomas G. Wilson
Demand: $75,000
Cause: 28:1332 Diversity-Product Liability

Date Filed: 03/09/2021
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Nermina Alimanovic**     represented by   **Branden Weber**
Morgan & Morgan, PA
20 N Orange Ave, Suite 1600
Orlando, FL 32801
407-420-6694
Fax: 407-245-3408
Email: bweber@forthepeople.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Robert Jacobson**
Morgan & Morgan, P.A.
Suite 2300
20 North Orange Ave., Ste. 1600
Orlando, FL 32801
689-219-2090
Email: jjacobson@forthepeople.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven E. Nauman**
Morgan & Morgan, PA
20 N Orange Ave, Suite 1600
Orlando, FL 32801
407-244-3962
Email: snauman@forthepeople.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Parker Felix**
Morgan & Morgan, PA
20 N Orange Ave, Suite 1600
Orlando, FL 32801
407-244-3209
Fax: 407-425-8171
Email: afelix@forthepeople.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elvir Islamovic**     represented by   **Branden Weber**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Robert Jacobson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven E. Nauman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Parker Felix**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Mercedes-Benz USA, LLC**
*a foreign limited liability company*

**Defendant**

**Mercedes-Benz Research and Development North America, Inc.**
*a foreign corporation*

**Defendant**

**Daimler North America Corporation**
*a foreign corporation*

**Defendant**

**Daimler AG**
*a foreign corporation*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/09/2021 | 1 | COMPLAINT against All Defendants with Jury Demand (Filing fee $ 402 receipt number 113A-17975971) filed by All Plaintiffs. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons, # 3 Proposed Summons, # 4 Proposed Summons)(Felix, Andrew) (Entered: 03/09/2021) |
| 03/09/2021 | 2 | NEW CASE ASSIGNED to Judge John Antoon II and Magistrate Judge Daniel C. Irick. New case number: 6:21-cv-0439-JA-DCI. (SJB) (Entered: 03/09/2021) |
| 03/09/2021 | 3 | SUMMONS issued as to Daimler North America Corporation, Mercedes-Benz Research and Development North America, Inc. and Mercedes-Benz USA, LLC. (ARJ) (Entered: 03/09/2021) |
| 03/10/2021 |  | REFUND for duplicate payment. Receipt number 113A-17975887 refunded in the amount of $ $402.00 paid to Michael Morgan.. (NLC) (Entered: 03/10/2021) |
| 03/11/2021 | 4 | NOTICE by Nermina Alimanovic, Elvir Islamovic *NOTICE OF FILING NOTICE OF* |

| | | |
|---|---|---|
| | | *POTENTIAL TAG-ALONG ACTIONS* (Attachments: # 1 Exhibit)(Felix, Andrew) (Entered: 03/11/2021) |
| 03/12/2021 | 5 | **ORDER: Plaintiffs shall show cause in writing to this Court within seven days from the date of this Order why this case should not be transferred to the Tampa Division of the Middle District of Florida. Signed by Judge John Antoon II on 3/12/2021. (BRS)** (Entered: 03/12/2021) |
| 03/12/2021 | 6 | RESPONSE TO ORDER TO SHOW CAUSE re 5 Order filed by Nermina Alimanovic, Elvir Islamovic. (Felix, Andrew) (Entered: 03/12/2021) |
| 03/12/2021 | 7 | **ORDER transferring this action to the Tampa Division of the Middle District of Florida; directing the Clerk to transfer this action to the Tampa Division and to thereafter close this case. Signed by Judge John Antoon II on 3/12/2021. (BRS)** (Entered: 03/12/2021) |
| 03/15/2021 | 8 | **STANDING ORDER regarding discovery motions. Signed by Magistrate Judge Thomas G. Wilson on 2/1/2021. (DMS)** (Entered: 03/15/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/16/2021 13:35:24 | | | |
| **PACER Login:** | mc323333:2907326:0 | **Client Code:** | 154 |
| **Description:** | Docket Report | **Search Criteria:** | 8:21-cv-00581-SDM-TGW |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |